

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-0096-CV

_____

In re Don Smith, Relator

_____

May 2, 2013

## ORIGINAL PROCEEDING

### Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before this court is the application of Don Smith (relator) for a writ of mandamus. He requests that we order the Hon. Douglas Woodburn, district judge of the 108th Judicial District Court, to "set the complaint motion for a hearing and there after [sic] make a ruling and notify relator of said ruling . . . ." We dismiss the petition as moot.

On April 18, 2013, we directed Judge Woodburn to respond to relator's petition for mandamus. On April 30, 2013, Judge Woodburn filed his response wherein he granted relator's motion and ordered the clerk to produce "non-certified copies of all documents contained in the Court's file." Nothing remains at issue. Accordingly, the

application for writ of mandamus is denied as moot.  *See In re Duncan,* 62 S.W.3d 333, 334 (Tex. App.–Houston [1st Dist.] 2001, orig. proceeding).

Per Curiam